TRAVIS & CO. *v.* CLARK, trustee, *et al.*

*Lumpkin, J.*—There was no error in overruling the demurrer to the defendants' answers, nor in admitting evidence; and the issues involved being mainly questions of fact, this court will not overrule the refusal of the trial judge to grant the injunction prayed for, the record disclosing that there was amply sufficient evidence to support the judgment rendered.

*Judgment affirmed.*

June 12, 1896. By two Justices. Argued at the last term.

Petition for injunction. Before Judge Fish. Sumter county. August 14, 1895.

*W. P. Wallis* and *R. L. Maynard*, for plaintiffs.
*Bacon & Miller* and *W. M. Hawkes*, for defendants.